# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-Filed 5/11/09\***

MARIA LANDINO,

CASE NO. C09 00298

        Plaintiff(s),

          v.

J.C. PENNEY CORPORATION, INC., a
corporation; and DOES 1 through 10,
inclusive,

        Defendant(s).

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

_____/

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

        **Court Processes:**
                Non-binding Arbitration (ADR L.R. 4)
                Early Neutral Evaluation (ENE)   (ADR L.R. 5)
   ✓       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

        **Private Process:**
                Private ADR *(please identify process and provider)*  _____

The parties agree to hold the ADR session by:
   ✓       the presumptive deadline *(The deadline is 90 days from the date of the order
                referring the case to an ADR process unless otherwise ordered. )*

                other requested deadline  _____

Dated: May 5, 2009 _____

Salvatore Bommarito _____
**Attorney for Plaintiff**

Dated: May 5, 2009 _____

Lisa A. Villasenor _____
**Attorney for Defendant**

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
         Non-binding Arbitration
         Early Neutral Evaluation (ENE)
✓       Mediation
         Private ADR

Deadline for ADR session
✓       90 days from the date of this order.
         other                  .


IT IS SO ORDERED.

Dated:   5/8/09
_____           _____

                                      UNITED STATES MAGISTRATE JUDGE

# CERTIFICATION OF SERVICE

*MARIA LANDINO v. J.C. PENNEY CORPORATION, INC.*
United States District Court - Northern District Case No.: (C09 00298)

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One California Street, Suite 1100, San Francisco, CA 94111.

On May 6, 2009, I served the document described as STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

## SEE ATTACHED SERVICE LIST

☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

I placed such envelope with postage thereon prepaid in the United States mail at San Francisco, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT COURIER)**: I placed the above-referenced document(s) in (an) envelope(s) designated by the express service carrier (UPS) for overnight delivery, addressed as indicated above. I delivered said UPS envelope to the personnel of our mail room. I am "readily familiar" with the firm's practice of collecting and processing documents intended for UPS overnight delivery. Under that practice, after the document is delivered to the firm's mail room, it is deposited that same day, with delivery fees provided for, in a box or other facility regularly maintained by the express service carrier or is delivered to an authorized courier or driver authorized by the express service carrier to receive documents, for overnight delivery.

☐ **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number: .

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 6, 2009 at San Francisco, California.

_____
Carlos Rios

**SERVICE LIST**

2

3   Salvatore Bommarito                     Counsel for Plaintiff,
    Law Offices of Salvatore Bommarito       MARIA LANDINO
4   35900 Bob Hope Dr Ste 170
    Rancho Mirage, CA, 92270
5   Phone: (760) 328-5226
    Fax:    (760) 328-5900
6   E-Mail: sbommarito@sb-legal.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

D:\docsdata\lav\Landino v. J.C. Penney\Pleadings\ADRStip.POS.wpd

CERTIFICATION OF SERVICE