Salvatore Bommarito, Esq. (SBN: 227883)
**LAW OFFICES OF SALVATORE BOMMARITO**
35-900 Bob Hope Drive, Suite 170
Rancho Mirage, California 92270
Phone: (760) 328-5226
Fax:    (760) 328-5900
E-Mail: sbommarito@sb-legal.com

Attorney for Plaintiff
MARIA LANDINO

*E-Filed 03/09/2010*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LANDINO,<br><br>             Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.: C:09-cv-298 RS<br><br>**NOTICE OF SETTLEMENT AND [PROPOSED] ORDER TO DISMISS THE ENTIRE ACTION WITH PREJUDICE**<br><br>Assigned for All Purposes to:<br>Mag. Judge Richard Seeborg<br>Department: 4 |

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

The parties in the above-entitled action have a Settlement Agreement resolving all the causes of action against J.C. Penney Corporation, Inc. The parties have executed said Settlement Agreement and Release reciting the terms of the settlement. In accordance with the Settlement Agreement, Defendant has tendered the agreed upon settlement funds.

/ / /

/ / /

/ / /

Plaintiff respectfully requests that future dates in this action be vacated from the Court's calendar, and that this Court dismiss the entire action with prejudice.

Dated: March 5, 2010

LAW OFFICES OF SALVATORE BOMMARITO

_____
SALVATORE BOMMARITO, ESQ.
Attorneys for Plaintiff,
MARIA LANDINO

**IT IS SO ORDERED:**

Dated: __March 09,__ ____, 2010

District ~~Magistrate~~ Judge
United States District Court

---

NOTICE OF SETTLEMENT AND ~~[PROPOSED]~~ ORDER TO DISMISS THE ENTIRE ACTION WITH PREJUDICE